PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

CHRISTOPHER J. CARLBERG
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue, Rm 10-0101
San Francisco, CA  94102
Telephone: (415) 934-5300
Facsimile:  (415) 934-5399

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-053 KJM |
| Plaintiff, | MOTION AND ORDER FOR LIMITED DISCLOSURE OF SEARCH WARRANT MATERIALS |
| v. | |
| CHOON FOO YONG AKA KEITH YONG, | COURT: Hon. Kimberly J. Mueller |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, requests that the Court allow the United States to produce in discovery in the above-captioned matter—and in pre-indictment/pre-information discovery in any related matters—the following under-seal search warrants, applications for search warrants, and accompanying affidavits:

- 2/5/2021: 2:21-sw-0089 CKD (Search of 2 email accounts—Oath Holdings)
- 2/5/2021: 2:21-sw-0090 CKD (Search of 7 emails accounts—Google)
- 5/21/2021: 2:21-sw-0439 CKD (Search of 1 email account—Google)
- 5/21/2021: 2:21-sw-0440 CKD (Search of 1 email account—Oath Holdings)

- 10/20/2021: 2:21-sw-0806 CKD (Search of 11892 E. Princeton Avenue)

These documents discuss an ongoing criminal investigation that may not be known to all of the targets of the investigation. Accordingly, there is good cause to keep them sealed on the docket at this time.

Dated:  June 3, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ LEE S. BICKLEY
LEE S. BICKLEY
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  June 8, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE