PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

CHRISTOPHER J. CARLBERG
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue, Rm 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>CHOON FOO YONG AKA KEITH YONG,<br><br>      Defendant. | 2:22-CR-00053-KJM<br><br>FINAL ORDER OF FORFEITURE |

On October 19, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Choon Foo "Keith" Yong forfeiting to the United States the following property:

     a.      Approximately $14,730.00 in U.S. Currency.

Beginning on October 26, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court

/////

within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

    a. Doris Yong:  A notice letter was sent via certified mail to Doris Yong at 1521 Mann Drive, Pinole, CA 94564 on November 18, 2022.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.  The USPS.com Tracking results confirm the notice letter was delivered on November 21, 2022.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), including all right, title, and interest of Choon Foo "Keith" Yong and Doris Yong.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 30th day of May, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture