| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:22-cr-00053-KJM |
| Plaintiff, | |
| v. | |
| Choon Foo Yong, | |
| Defendant. | |
| | |
| Charles Schwab & Co., Inc., | No. 2:24-mc-00130-KJM-JDP |
| Garnishee. | |
| | |
| Citibank, N.A., | No. 2:24-mc-00131-KJM-AC |
| Garnishee. | |
| | |
| California Public Employees' Retirement System, | No. 2:24-mc-00132-KJM-DB |
| Garnishee. | **RELATED CASE ORDER** |

    Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Here, all the actions "involve the same parties and are based on

1

the same or a similar claim." Local Rule 123(a)(1). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that Case No. 2:24-mc-00131-KJM-AC is reassigned from Magistrate Judge Allison Claire to Magistrate Judge Jeremy D. Peterson, and Case No. 2:24-mc-00132-KJM-DB from Magistrate Judge Deborah Barnes to Magistrate Judge Jeremy D. Peterson. Henceforth, the caption on documents filed in the reassigned case shall be shown as: No. 2:24-mc-00131-KJM-JDP and No. 2:24-mc-00132-KJM-JDP.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE